STATE OF CONNECTICUT *v.* BOYD PITTMAN

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 774 (AC 30429), is denied.

*Darcy McGraw*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided November 22, 2010

ANN FOLLACCHIO *v.* LUCILLE FOLLACCHIO ET AL.

The petition by the defendant Paul T. Czepiga for certification for appeal from the Appellate Court, 124 Conn. App. 371 (AC 31688), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that General Statutes § 45a-186a did not apply to the plaintiff's appeal from the Probate Court and the plaintiff was thus entitled to a trial de novo?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18714.

*Edward F. Czepiga*, in support of the petition.

*Veronica Halpine*, in opposition.

Decided November 22, 2010